# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 07CR659 WQH |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| JHON JAIRO OROZCO, et al., | |
| Defendant. | |

HAYES, Judge:

The matter before the Court is the period of excludable delay pursuant to Section 3161(h) of the Speedy Trial Act.

On June 19, 2008, this Court granted the motion to declare this case complex and exclude time pursuant to Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(ii) filed by Defendant Jhon Jairo Orozco. (Doc. # 52). The Court stated in part: "Based upon the complex nature of this proceedings which involves multiple defendants from several countries, defendants named in multiple prosecutions, and a very large volume of discovery, the Court concludes that it would be unreasonable to expect defense counsel to be able to adequately prepare for pretrial proceedings or for the trial itself within the time limits established under Section 3161, et seq., taking into account the exercise of due diligence. The discovery in this case which results from an investigation involving hundreds of potential targets from several countries includes thousands of pages of documents, over one hundred compact disks containing thousands of pages of line sheets and hundreds of intercepted phone calls in Spanish, as well as multiple

1  DVD's of video surveillance. The Court concludes that the ends of justice served by a
2  continuance outweighs the best interest of the public and the Defendants in a speedy trial."
3  (Doc. # 52).
4  On November 3, 2008, this Court held a status conference with all Defendants and all
5  counsel present. All parties agreed that discovery continued to proceed expeditiously and that
6  an additional period of time was required to review the discovery prior to setting any dates for
7  motions and trial. All parties and their counsel requested that the Court set a further status
8  conference for February 2, 2009 and agreed that the period of time between November 3, 2008
9  and February 2, 2009 should be excluded pursuant to Speedy Trial Act, 18 U.S.C. §
10 3161(h)(8)(B)(ii).
11 Section 3161(h)(8)(A) provides that the Court may exclude any period of delay
12 resulting from a continuance "if the judge granted the continuance on the basis of his findings
13 that the ends of justice served by taking such action outweigh the best interest of the public and
14 the defendant in a speedy trial." Factors which a judge shall consider in determining whether
15 to grant a continuance under subparagraph (A) include "[w]hether the case is so unusual or so
16 complex, due to the number of defendants, the nature of the prosecution, or the existence of
17 novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial
18 proceedings or for the trial itself within the time limits established..." Section
19 3161(h)(8)(B)(ii). "[N]o continuance period may be excluded unless the court makes
20 reasonably explicit findings that demonstrate that the ends of justice served by granting the
21 continuance do, in fact, outweigh the best interests of the public and the defendant in a speedy
22 trial." *United States v. Perez-Reveles*, 715 F.2d 1348, 1352 (9th Cir. 1983).
23 Based upon the request of all Defendants and the complex nature of this proceedings
24 which involves multiple defendants from several countries, defendants named in multiple
25 prosecutions, and a large volume of discovery much of which requires translation, the Court
26 concludes that it would be unreasonable to expect defense counsel to be able to adequately
27 prepare for pretrial proceedings or for the trial itself within the time limits established under
28 Section 3161, et seq., taking into account the exercise of due diligence.

IT IS HEREBY ORDERED that a period of excludable delay from November 3, 2008 to February 2, 2009 is allowed pursuant to Section 3161(h)(8), in addition to any time excludable pursuant to Section 3161(h)(1)(F). This period of excludable delay applies to all defendants in this case pursuant to Section 3161(h)(7). A further hearing is scheduled in this matter for Monday, February 2, 2009 at 2 p.m.

DATED: November 7, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge